UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OLAMIDE OLATAYO BELLO §<br>#65100510 §<br>§<br>v. §   CIVIL NO. 4:25-CV-536-SDJ<br>§<br>UNITED STATES OF AMERICA § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PETITIONER'S WRIT OF MANDAMUS

The above-entitled and numbered civil action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 30, 2025, the Report and Recommendation of the Magistrate Judge, (Dkt. #7), was entered containing proposed findings of fact and recommendations for the disposition of Petitioner's writ of mandamus. No objections were filed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's writ of mandamus, (Dkt. #1), is **DENIED**.

It is further **ORDERED** that all other motions pending in this matter are **DENIED as moot**.

**The Clerk is directed to close this civil case**.

So ORDERED and SIGNED this 17th day of June, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE